# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TINA BRICKLES, | : | Case No. 3:18-cv-193 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| JUSTIN SANDERSON, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT JUSTIN SANDERSON'S MOTION TO STAY PROCEEDINGS (DOC. 6)

Defendant Justin Sanderson moves the Court for a stay of proceedings pending the resolution of a criminal proceeding against him based on many of the same allegations in this case. The criminal proceeding, captioned *State of Ohio v. Justin Sanderson*, Case No. 2017 CR 02588, is pending in the Montgomery County Common Pleas Court. In order to timely consider Sanderson's motion, the Court hereby orders the parties to file their responses, if any, to the Motion to Stay Proceedings (Doc. 6) by no later than July 24, 2018. Sanderson may file a reply to the parties' response no later than July 27, 2018.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, July 18, 2018.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE