# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TINA BRICKLES, et al., | : | Case No. 3:18-cv-193 |
| Plaintiffs, | : | Judge Thomas M. Rose |
| v. | : | |
| JUSTIN SANDERSON, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER SETTING PRELIMINARY PRETRIAL CONFERENCE AND EXTENDING STAY WITH THE EXCEPTION OF THE FILING OF AMENDED COMPLAINT AND PREPARATION OF RULE 26(f) REPORT

This case is set for a Preliminary Pretrial Conference on December 13, 2018 at 9:30 AM. The case shall remain **STAYED** through the Preliminary Pretrial Conference, with the exception that Plaintiffs shall file their Amended Complaint within 14 days of this Order and the parties shall prepare and file a Rule 26(f) Report prior to the Preliminary Pretrial Conference.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 14, 2018.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE