UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TINA BRICKLES, et al., | : | Case No. 3:18-CV-00193 |
| | : | |
| Plaintiffs, | : | Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| v. | : | |
| | : | **ORDER MODIFYING DEADLINES** |
| VILLAGE OF PHILLIPSBURG, OHIO, et al., | : | **IN PRELMINARY PRETRIAL** |
| | : | **CONFERENCE ORDER** |
| Defendants. | : | |

This matter is before the Court on Plaintiffs' Unopposed Motion for Extension of Deadlines for Expert Designations and Discovery Cut-Off Date (Doc. 33). Defendants Village of Phillipsburg, Ohio and Mark Wysong consent to the proposed modifications to the Preliminary Pretrial Conference Order. The Motion is well-taken and is therefore GRANTED. The deadlines in the Preliminary Pretrial Conference Order (Doc. 18) for the following items (only) are hereby amended as follows:

| | |
|---|---|
| Plaintiffs' Primary Expert Designations: | **December 1, 2019** |
| Defendants' Primary Expert Designations: | **January 8, 2020** |
| Plaintiffs' and Defendants' Rebuttal Expert Designations: | **February 1, 2020** |
| Discovery cut-off: | **March 28, 2020** |
| Cut-off date for filing summary judgment motions: | **May 1, 2020** |

IT IS SO ORDERED:

*s/ Thomas M. Rose*
_____
UNITED STATES DISTRICT JUDGE