# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TINA BRICKLES, et al. | * | Case No.: 3:18-CV-193 |
| Plaintiffs, | * | District Judge Thomas M. Rose |
| vs. | * | Magistrate Judge Sharon L. Ovington |
| JUSTIN SANDERSON, et al., | * | |
| Defendants. | * | |

## DECISION, ORDER, AND ENTRY GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO PROVIDE EXPERT REPORTS

This issue having come before the Court upon the motion of Plaintiffs for an Extension of Time of thirty days, until April 14, 2020, in which to provide the reports of two of their experts, and the Court being duly advised regarding such motion, including the fact that Defendants for Defendants the Village of Phillipsburg and Wysong, do not object to the extension of time, in return for Plaintiffs agreeing to similar extensions of time for Defendants to identify their expert witnesses, the Court finds Plaintiffs' motion to be well taken, and hereby grants Plaintiffs' motion. Plaintiffs shall provide the reports of their remaining experts to Defendants on or before April 14, 2020. Defendants shall identify and provide the reports of their experts to Plaintiffs on or before May 15, 2020.

SO ORDERED.

Sharon L. Ovington,
United States Magistrate Judge