# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TINA BRICKLES, et al., | : Case No. 3:18-cv-00193 |
| Plaintiffs, | : District Judge Thomas M. Rose |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| VILLAGE OF PHILLIPSBURG, OHIO, et al., | : |
| Defendants. | : |

## ORDER

For good cause show, the parties' Second Joint Motion to Extend Select Case Deadlines (Doc. No. 54) is **GRANTED**. The case shall proceed as follows:

**Discovery Deadline:**  October 21, 2020

**Dispositive Motion Deadline:**  November 20, 2020

The remaining deadlines established in the Second Amended Preliminary Pretrial Order (Doc. No. 50) are confirmed.

September 9, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge