# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TINA BRICKLES, *et al.*, | : | Case No. 3:18-cv-193 |
| Plaintiffs, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| VILLAGE OF PHILLIPSBURG, OHIO, *et al.*, | : | |
| Defendants. | : | |

# ORDER

For good cause shown, the parties' Third Joint Motion to Extend Select Case Deadlines (Doc. No. 56) is GRANTED.  The case shall proceed as follows:

Discovery deadline:					November 19, 2020.

Dispositive motion deadline:				December 14, 2020.

Telephone Conference (following discovery):	December 8, 2020 at 10:00 a.m.

The remaining deadlines are unaffected.

**IT IS SO ORDERED.**

October 13, 2020							*s/Sharon L. Ovington*
								Sharon L. Ovington
								United States Magistrate Judge